# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TIFFANY BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-CV-31-SPM |
| | ) |
| CHANDA BLACKHEAD, et al, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff Tiffany Bell's handwritten complaint and application to proceed in the district court without prepaying fees or costs. ECF Nos. 1 & 2. Plaintiff's complaint and application are defective because they have not been drafted on Court-provided forms. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable."). In addition, Plaintiff's application to proceed without prepayment is unsigned. *See* E.D. Mo. Local Rule 2.01(A)(1) ("All filings … shall contain the signature of the self-represented party or the party's attorney."); Fed. R. Civ. P. 11 (Every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention.").

The Court will direct the Clerk of Court to send Plaintiff a civil complaint form and an application to proceed in district court without prepaying fees or costs. *See* E.D. Mo. Local Rule 2.06(A) ("If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form.") Plaintiff

must complete these forms and file them with this Court **within thirty (30) days of this order**. Plaintiff is warned that failure to do so will result in dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to Plaintiff copies of the Court's form Civil Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this Order. Plaintiff is advised that her amended complaint will take the place of her original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the $402 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within **thirty (30) days** of the date of this Order.

**Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SHIRLEY PADMORE MENSAH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of June, 2022.