# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TIFFANY BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-CV-31-SPM |
| CHANDA BLACKHEAD, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff Tiffany Bell commenced this civil action on May 23, 2022, by filing a handwritten complaint and an unsigned motion to proceed *in forma pauperis*. ECF Nos. 1-2. On June 6, 2022, after finding Plaintiff's pleadings defective for not being filed on court-provided forms, the Court ordered Plaintiff to submit a new motion to proceed *in forma pauperis* and an amended complaint. ECF No. 4. The Court cautioned Plaintiff that her failure to timely comply with the Order would result in the dismissal of her case without further notice. Plaintiff's response was due by July 6, 2022.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's June 6, 2022 Order and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition

of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.  A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 25th day of July, 2022.

*Ronnie L. White*
_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE